UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORRAINE SZCZEPANIK,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., *et al*.,<br><br>    Defendants. | Case No. 13-cv-1350-JPG-SCW |

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. The Court notes that plaintiff Lorraine Szczepanik is a citizen and resident of Oklahoma. None of the defendants are citizens of Illinois, and there is no allegation as to the place of the surgery in which the allegedly defective product was used. There is no indication that this case has any connection to the Southern District of Illinois other than the fact that the defendants do business in Illinois, and there is no indication that the plaintiff's alleged injuries had anything to do with the defendants' doing business in Illinois. This leads the Court to doubt whether this case belongs in the Southern District of Illinois. For this reason, the Court **ORDERS** the plaintiff to **SHOW CAUSE** on or before January 17, 2014, why the Court should not transfer this case to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. § 1404(a). The defendants shall have seven days from the plaintiff's response to file a reply.

**IT IS SO ORDERED.**
**DATED: January 3, 2014**

                                               s/J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**